[No. 68512-1-I.   Division One.   November 18, 2013.]

DERRICK GALLARD, *Appellant*, v. JOHN ANDERSON ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 11-2-01813-6, Ira Uhrig, J., entered February 24, 2012. *Affirmed* by unpublished opinion per Leach, C.J., concurred in by Becker and Lau, JJ.

[No. 68516-3-I.   Division One.   November 18, 2013.]

MICAH SCHNALL, *Appellant*, v. DEUTSCHE BANK NATIONAL TRUST COMPANY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 11-2-19807-3, Suzanne M. Barnett, J., entered December 20, 2011. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Lau, J., concurred in by Leach, C.J., and Becker, J.

[No. 68567-8-I.   Division One.   November 18, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. DOLORES E. PIMIENTA-DESINNER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-06117-3, Catherine D. Shaffer, J., entered March 2, 2012. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Spearman, A.C.J., and Schindler, J.

[No. 68605-4-I.   Division One.   November 18, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL J. KELLY, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 08-1-01648-4, Bruce I. Weiss, J., entered April 2, 2013. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Spearman, A.C.J., and Schindler, J.